Annie Bell ROBINSON, Appellant,

v.

The STATE of Texas, Appellee.

No. 28895.

Court of Criminal Appeals of Texas.

March 20, 1957.

No attorney for appellant of record on appeal.

Dan Walton, Dist. Atty., Thomas D. White, Asst. Dist. Atty., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is murder with malice; the punishment, ten years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

Morris BUSBY, Appellant,

v.

The STATE of Texas, Appellee.

No. 28909.

Court of Criminal Appeals of Texas.

March 27, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is possession of whiskey for the purpose of sale in a dry area; the punishment, a fine of $125.

The record does not reflect that a notice of appeal was given and entered of record, as required by Article 827, V.A.C.C.P. In the absence thereof, this Court has no jurisdiction to entertain the appeal.

The appeal is dismissed.